IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DONALD SEYMOUR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-05-526-T |
| ) | |
| ILLINOIS FARMERS INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the court is the defendant's motion [Doc. No. 20] to quash or modify a subpoena duces tecum. The motion also seeks a protective order concerning any documents that might be produced pursuant to the subpoena.

In response, plaintiff states that is has withdrawn the subpoena and that the parties are attempting to agree to the scope of the documents that would be produced pursuant to a new subpoena which plaintiff anticipates filing. According to plaintiff, appropriate pleadings will be filed in the event that full agreement is not reached.

The court file reflects that plaintiff has filed a Notice of Withdrawal of the subject subpoena [Doc. No. 24]. Accordingly, its motion to quash and for a protective order [Doc. No. 20] is DENIED as MOOT.

IT IS SO ORDERED this  29th  day of September, 2005.

RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE